IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MILLICENT CHIHOTA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-11-01273 |
| FULTON, FRIEDMAN & GULLACE, LLP | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Order, it is this 16th day of April 2012, ORDERED that:

1. Defendant Fulton, Friedman & Gullace LLP's Motion to Dismiss for Insufficient Service of Process (ECF No. 5) is GRANTED;

2. Plaintiff's Complaint is dismissed without prejudice;

3. The Clerk of the Court transmit a copy of this Memorandum Order to Counsel; and

4. The Clerk of the Court CLOSE THIS CASE.

/s/_____
Richard D. Bennett
United States District Judge